# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
ghp@parkerhanski.com

September 28, 2022

Via ECF
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York

      Re:    *Ashley Francis v. Ludlow Street Development, LLC, and New York Cremeria, Inc.*

        **Docket No. 1:22-cv-06578 (LGS)(RWL)**

Dear Judge Schofield:

      We represent the plaintiff in the above-entitled action. On behalf of plaintiff and defendant Ludlow Street Development, LLC, we write to respectfully ask the Court to adjourn the October 5, 2022 conference and related deadlines to a date during the weeks of November 21 or 28 of 2022. The reason for this request is because counsel defendant Ludlow Street Development, LLC just appeared in this action and the parties respectfully asks the Court for additional time for counsel for defendant Ludlow Street Development, LLC to get up to speed as well as to undertake efforts to obtain the appearance of counsel for the defendant New York Cremeria, Inc. With regard to the timing of the adjournment, Plaintiff's counsel is away during the first two weeks of November 2022 and therefore asks for the adjourned date to be in later November or at a time thereafter convenient to the Court. This is the first application to adjourn the conference and related deadlines.

      Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

/s/
Glen H. Parker, Esq.

Application **GRANTED** in part. The initial pretrial conference scheduled for October 5, 2022, is adjourned to **October 26, 2022, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **October 19, 2022, at 12:00 P.M.**

Dated: September 29, 2022
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE