UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASHLEY FRANCIS,
                                Plaintiff,

                    -against-

LUDLOW STREET DEVELOPMENT, LLC, et al.,
                                Defendants.
------------------------------------------------------------X

22 Civ. 6578 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated September 29, 2022, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

      WHEREAS, the initial pretrial conference is scheduled for October 26, 2022;

      WHEREAS, Plaintiff and Defendant Ludlow Street Development, LLC filed the joint letter and proposed case management plan;

      WHEREAS, Defendant New York Cremeria, Inc. has not appeared in this case.  It is hereby

      **ORDERED** that Plaintiff shall file proof of service on Defendant New York Cremeria, Inc. no later than **October 21, 2022**.  It is further

      **ORDERED** that the initial pretrial conference scheduled for October 26, 2022, is adjourned to **November 9, 2022, at 4:00 P.M.**  The parties shall file the joint letter and proposed case management plan once Defendant New York Cremeria, Inc. has appeared and no later than **November 2, 2022, at 12:00 P.M.**

Dated: October 20, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE