UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ASHLEY FRANCIS,

                    Plaintiff,

-against-

LUDLOW STREET DEVELOPMENT, LLC, AND
NEW YORK CREMERIA, INC.

                    Defendants.
------------------------------------------------------------x

Docket No.
1:22-cv-06578 (LGS)(RWL)

**DECLARATION OF GLEN H. PARKER, ESQ. IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

      Glen H. Parker, Esq. declares pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following is true and correct:

      1. I am a member of the Bar of this Court and am a member of the firm of Parker Hanski LLC, attorneys for plaintiff in the above-entitled action, and I am familiar with all the facts and circumstances in this action.

      2. I make this declaration pursuant to Rule 55.1 and 55.2(a) of the Local Civil Rules for the Southern District of New York, in support of plaintiff's application for a Certificate of Default against defendant New York Cremeria, Inc.

      3. Defendant New York Cremeria, Inc. is not an infant, in the military, or an incompetent person.

      4. Defendant New York Cremeria, Inc. has failed to plead or otherwise defend this action.

      5. Plaintiff commenced this action by the filing of the Complaint on August 2, 2022. A copy of the Summons and Complaint was served on the defendant New York Cremeria, Inc. on August 12, 2022 by service upon the New York Secretary of State and proof of service by the Process Server was filed on October 7, 2022. The defendant New

York Cremeria, Inc. has not answered the Complaint and the time for the defendant New York Cremeria, Inc. to answer the Complaint has expired.

WHEREFORE, plaintiff requests the Certificate of Default against defendant New York Cremeria, Inc.

Dated: November 15, 2022
      New York, New York

                          /s
                     Glen H. Parker, Esq.