4UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| ASHLEY FRANCIS, | **Docket No:** |
| | 1:22-cv-06578 (LGS)(RWL) |
| Plaintiff, | |
| | **PROPOSED CERTIFICATE** |
| -against- | **OF DEFAULT** |
| | |
| LUDLOW STREET DEVELOPMENT, LLC, AND | |
| NEW YORK CREMERIA, INC. | |
| | |
| Defendants. | |

-------------------------------------------------------------x

## CLERK'S CERTIFICATE

**I,** RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced against defendant New York Cremeria, Inc. on August 2, 2022 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving Authorized Agent for the Department of State, State of New York and proof of such service thereof was filed on October 7, 2022.

I further certify that the docket entries indicate that defendant New York Cremeria, Inc. has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant New York Cremeria, Inc. is hereby noted.

Dated: November 15, 2022
   New York, New York

                                **RUBY J. KRAJICK**
                                Clerk of Court

                                By:_____
                                   Deputy Clerk