UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASHLEY FRANCIS,
                               Plaintiff,

                       -against-

LUDLOW STREET DEVELOPMENT, LLC, et al.,
                               Defendants.
------------------------------------------------------------X

22 Civ. 6578 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for November 23, 2022;

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

    **ORDERED** that the November 23, 2022, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

    **ORDERED** that if Defendants seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

    **ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: November 16, 2022
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**