UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Ashley Francis,                                                      Case No.: 1:22-cv-04664

        *Plaintiff*,                        **STIPULATION**

  -*against*-

Ludlow Street Development, LLC and New York
Cremeria, Inc.,

        *Defendants*.
------------------------------------------------------------------X

  Defendant New York Cremeria, Inc. (the "Defendant"), by their undersigned counsel, agree and stipulate with Plaintiff Ashley Francis (the "Plaintiff"), by their undersigned counsel, as follows:

  IT IS HEREBY STIPULATED AND AGREED by and between the parties that Defendant's time to reply or otherwise respond to Plaintiff's Complaint is extended through and including **December 23, 2022**;

  IT IS FURTHER STIPULATED AND AGREED that the clerk's certificate of default entered on November 15, 2022 [Dckt. No. 21] is hereby vacated pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 55(c).

  IT IS FURTHER STIPULATED AND AGREED that the parties hereby consent to electronic service of all documents per Fed.R.Civ.P. 5(b)(2)(E).

  IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that a facsimile copy or other electronic copies shall be deemed originals.

Dated: New York, New York
    November 25, 2022

| | |
|---|---|
| **PARKER HANSKI LLC** | **LEVIN-EPSTEIN & ASSOCIATES, P.C.** |
| By: */s/ Glen H. Parker*<br>    Glen H. Parker, Esq.<br>    40 Worth Street, Suite 602<br>    New York, New York 10013<br>    Tel: 212.248.7400 ext. 15<br>    Email: ghp@parkerhanski.com<br>    *Attorneys for Plaintiff* | By: */s/ Jason Mizrahi*<br>    Jason Mizrahi, Esq.<br>    60 East 42nd Street, Suite 4700<br>    New York, New York 10165<br>    Tel. No.:  (212) 792-0048<br>    Email: Jason@levinepstein.com<br>    *Attorneys for Defendant New York Cremeria, Inc.* |