UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASHLEY FRANCIS,
                           Plaintiff,

-against-                        22 Civ. 6578 (LGS)

                                     ORDER

LUDLOW STREET DEVELOPMENT, LLC, et al.,
                         Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that this case is referred for mediation to the Court-annexed Mediation Program to take place by June 16, 2023. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court. To the extent possible, the Mediation Program is directed to appoint a mediator with expertise in the Americans with Disabilities Act.

Dated: April 17, 2023
       New York, New York

                                             LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE