# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:      212.248.5600
ghp@parkerhanski.com

May 12, 2023

<u>Via ECF</u>
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York

      **Re:**    *Ashley Francis v. Ludlow Street Development, LLC and New York Cremeria, Inc.*

          **Docket No. 1:22-cv-06578 (LGS)(RWL)**

Dear Judge Schofield:

      We represent the plaintiff in the above-entitled action. On behalf of all the parties, we write to respectfully ask the Court to extend the deadline for the parties to participate in the Court–annexed Mediation Program from June 16, 2023 to July 28, 2023. The reason for this request is because, despite the best efforts of the parties, the earliest date that the parties could schedule a mediation for is the end of July 2023. The parties have informed the SDNY Mediation Office and they have informed the parties to hold July 25, 2023 as a date for the mediation and to make an application to extend the deadline accordingly. This is the first application to adjourn the deadline. Thank you for your time and attention to this matter. With kindest regards, I am

                          very truly yours,

                          /s/
                        Glen H. Parker, Esq.