# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Joshua@levinepstein.com

Application **GRANTED** nunc pro tunc.  The parties' deadline to participate in the court-annexed mediation program is extended from July 28, 2023, to **August 31, 2023**.  The parties are reminded that mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

July 28, 2023

Dated: July 31, 2023
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

     **Re:**    *Francis v. Ludlow Street Development, LLC et al*
              <u>**Case No.: 1:22-cv-06578-LGS**</u>

Dear Honorable Judge Schofield:

    This law firm is counsel to Defendant New York Cremeria, Inc. ("New York Cremeria") in the above-referenced action.

    Pursuant to Your Honor's Individual Motion Practice Rule I(B)(3), this letter respectfully serves to request an extension of time to complete mediation from July 28, 2023 to, through and including August 31, 2023.[1]

    This is the second request of its nature, and is made on consent of Plaintiff Ashley Francis (the "Plaintiff") and co-defendant Ludlow Street Development, LLC ("Ludlow Street"). [*See* Dckt. Nos. 37, 38]. If granted, this request would not affect any other Court scheduled deadlines.

    By way of background, the parties had scheduled a virtual mediation for July 25, 2023. [*See* Dckt. No. 40]. However, due to unavoidable scheduling conflicts, the parties had to reschedule the virtual mediation for August 25, 2023 at 10:00 a.m.

    In light of the foregoing, it is respectfully requested that the Court extend the mediation completion deadline from July 28, 2023 to, through and including August 31, 2023.

    We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

           Respectfully submitted,

           LEVIN-EPSTEIN & ASSOCIATES, P.C.

           By:  */s/ Jason Mizrahi*
              Jason Mizrahi
              60 East 42nd Street, Suite 4747

---

[1] The undersigned wishes to apologize to the Court for making the instant application less than two (2) business days before the date to be extended.

New York, NY 10170
Tel. No.:  (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Defendant New York
Cremeria, Inc.*

VIA ECF: All Counsel