# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
ghp@parkerhanski.com

August 28, 2023

<u>Via ECF</u>
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York

     **Re:**   *Ashley Francis v. Ludlow Street Development, LLC and New York Cremeria, Inc.*

     **Docket No. 1:22-cv-06578 (LGS)(RWL)**

Dear Judge Schofield:

     We represent the plaintiff in the above-entitled action. On behalf of all the parties, we write to inform the Court that the parties have reached a resolution in principle during their August 25, 2023 participation in the S.D.N.Y Mediation Program. The parties therefore respectfully ask the Court to issue a thirty (30) day Order of Dismissal so that the parties can memorialize the settlement and effectuate its terms. Thank you for your time and attention to this matter. With kindest regards, I am

     very truly yours,

     /s/
     Glen H. Parker, Esq.