# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:      212.248.5600
ghp@parkerhanski.com

Application **GRANTED**.  Any application to restore this action shall be filed by **November 28, 2023**.

Dated: October 26, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Via ECF
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York

**Re:**  *Ashley Francis v. Ludlow Street Development, LLC and New York Cremeria, Inc.*

**Docket No. 1:22-cv-06578 (LGS)(RWL)**

Dear Judge Schofield:

      We represent the plaintiff in the above-entitled action.  On behalf of all the parties, we write to respectfully ask the Court to extend the deadline for the parties to make an application to restore this action by thirty (30) days.  This is the second application to extend the deadline and all parties consent.  The reason for this request is because the parties require the additional time to fulfill the condition precedent for dismissal of this action.  Thank you for your time and attention to this matter.  With kindest regards, I am

very truly yours,

/s/
Glen H. Parker, Esq.